UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LATREASE RIKARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-CV-01580-NAB |
| | ) | |
| US AUTO PROTECTION, LLC, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Presently before the Court is Defendants' Motion for Additional Time to Respond to Plaintiffs' Motion to Certify Counts II and III as a Class Action and Plaintiffs' Motion to File Under Seal Their Memorandum in Support of Their Motion to Certify Counts II and III as a Class Action and Exhibits and to Exceed the Page Limit (Doc. No. 109).   Having fully considered the Motion, the Court grants the Motion.

**IT IS HEREBY ORDERED** that for good cause shown, Defendants' Motion for Additional Time to Respond to Plaintiffs' Motion to Certify Counts II and III as a Class Action and Plaintiffs' Motion to File Under Seal Their Memorandum in Support of Their Motion to Certify Counts II and III as a Class Action and Exhibits and to Exceed the Page Limit is granted and that Defendants have until **June 25, 2012** to respond to Plaintiffs' Motion to Certify Counts II and III as a Class Action and Plaintiffs' Motion to File Under Seal Their Memorandum in Support of Their Motion to Certify Counts II and III as a Class Action and Exhibits and to Exceed the Page Limit.

Dated this 17th day of May, 2012.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE